**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO. 2:20CR99-PPS/JEM |
| ) | |
| **ALEC NATHANIEL AGUILAR,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Alec Nathaniel Aguilar's request to enter a plea of guilty to Counts 1, 2 and 3 of the information, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Following a hearing on the record on July 28, 2020, Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. [DE 10.] Judge Martin noted for the record that both the government and defendant Aguilar waived any objections to the findings or to his recommendation that the Court accept defendant's plea of guilty and proceed to impose sentence.

**ACCORDINGLY:**

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Alec Nathaniel Aguilar's plea of guilty, to which any objections have been waived, the Court hereby ADOPTS the findings and recommendation [DE 10] in their entirety.

Defendant Alec Nathaniel Aguilar is adjudged GUILTY of Counts 1, 2 and 3 of the information, charging conspiracy to participate in racketeering activity in violation of 18 U.S.C. §1962(d), a drug conspiracy in violation of 21 U.S.C. §846, and murder in aid of racketeering activity in violation of 18 U.S.C. §1959(a)(1).

The sentencing hearing is set for December 3, 2020 at 1:00 p.m. Hammond/Central time.

**SO ORDERED.**

**ENTERED: August 18, 2020.**

        **/s/ Philip P. Simon**
        **UNITED STATES DISTRICT JUDGE**